UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, subscriber assigned IP )<br>address 138.88.46.199, )<br>)<br>Defendant. )<br>_____) | Civil Case No. 1:21-cv-00238-LO-MSN |

**PLAINTIFF'S MOTION FOR ENTRY OF
CLERK'S DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff makes this motion for the entry of a clerk's default against Defendant, [REDACTED], for failing to plead or otherwise defend this action as required by law.  Attached hereto as Exhibit A is the Declaration of Dawn M. Sciarrino in Support of Plaintiff's Motion for Entry of Clerks Default. Attached hereto as Exhibit B is the proposed Entry of Clerk's Default.

Dated: November 8, 2021

Respectfully submitted,
s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
Va. Bar No. 34149
Attorney for Strike 3 Holdings, LLC
The James Law Firm, PLLC
445 Hamilton Avenue, Ste. 1102
White Plains, NY 10601
T: 202-256-9551
F: 202-217-3929
E-mail: dsciarrino@jmjameslaw.com