UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:21-cv-00238-LO-MSN |
| v. | ) |
| JOHN DOE, subscriber assigned IP address 138.88.46.199, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

Dawn M. Sciarrino, hereby certifies as follows:

1. I am an attorney duly licensed and authorized to practice in the State of Virginia and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-titled action.

2. I hereby certify that on November 8, 2021, I electronically filed Plaintiff's Motion for Entry of Clerk's Default Pursuant to Fed. R. Civ. P 55(a), Declaration of Dawn M. Sciarrino in Support of Plaintiff's Motion for Entry of Default, and the Proposed Entry of Clerk's Default with the Clerk of the Court using the CM/ECF system. As such, participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

3. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

**Service List**
[REDACTED]
[REDACTED]
[REDACTED]

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of November, 2021.

              Respectfully Submitted,

              */s/ Dawn M. Sciarrino*
              Dawn M. Sciarrino
              *Attorney for Plaintiff,*
              *Strike 3 Holdings, LLC*